No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

L‌INDA S‌CHEID, individually and on behalf of all those similarly situated,

*Plaintiff/Appellee,*

vs.

PNC B‌ANK, N.A.,

*Defendant/Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:18-CV-04810-JCS
Hon. Joseph C. Spero

**DEFENDANT-APPELLEE PNC BANK, N.A.'S STATEMENT RE: COSTS ON APPEAL**

| | |
|---|---|
| Paul W. Sweeney, Jr.<br>Cassidy T. Young<br><br>K&L GATES LLP<br>10100 Santa Monica Blvd.<br>Eighth Floor<br>Los Angeles, CA 90067<br>(310) 552-5000 | Patrick M. Madden<br><br><br>K&L GATES LLP<br>925 Fourth Ave.<br>Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580 |

*Attorneys for Defendant-Appellee
PNC Bank, N.A.*

Pursuant to the Court's Order dated March 19, 2025, Rule 39(a)(1) of the Federal Rules of Appellate Procedure, and Circuit Rule 39-1.1, Defendant-Appellee PNC Bank, N.A. ("PNC") hereby submits this Statement re: Costs on Appeal.

PNC does not oppose the dismissal of this appeal; however, it believes that costs should be taxed against the Objector-Appellants Nelly Melian and Michael Treon's ("Objector-Appellants"). PNC has incurred a total of $79.40 in costs that are taxable under Rule 39(e) of the Federal Rules of Appellate Procedure. These include the following costs:

1. The transcript from the hearing held in the district court on October 16, 2024. This was the hearing on Objector-Appellants' objections to the settlement agreement at issue in this appeal, as well as Plaintiff-Appellee Tanzeer Kazi's motion for final approval of the settlement in this case (the "Settlement"). Because the district court's final approval of the Settlement is the subject of this appeal, that transcript was needed to determine the merits and likely outcome of this appeal and is therefore taxable. *See* Fed. R. App. P. 39(e)(2). The cost for a copy of this transcript was $59.40.

2. A docket fee of $20.00. *See* 28 U.S.C. § 1923 (providing that a docket fee of $20.00 may be recovered in civil cases that proceed either to trial or a final hearing).

An itemized and verified bill of costs is attached hereto as **Exhibit A**, as required by Circuit Rule 39-1.1.

           Respectfully Submitted,

Dated: March 21, 2025     By: */s/ Paul W. Sweeney, Jr.*
           Paul W. Sweeney, Jr.
           paul.sweeney@klgates.com
           Cassidy T. Young
           cassidy.young@klgates.com
           Patrick M. Madden
           patrick.madden@klgates.com

           *Attorneys for Defendant-Appellee*
           *PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System ("ACMS") on March 21, 2025.

I certify that all participants in the case are registered users of the Court's ACMS and/or CM/ECF systems and that service will be accomplished by the appellate ACMS and/or CM/ECF system.

*/s/ Cassidy T. Young*
Cassidy T. Young