No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LINDA SCHEID,
*Plaintiff-Appellee*

v.

NELLY MELIAN AND MICHAEL TREON,
*Objectors-Appellants*,

v.

PNC BANK, N.A.,
*Defendant-Appellee.*

Appeal from the United States District Court
for the Northern District of California
Civil Action No. 3:18-cv-04810-JCS
The Honorable Joseph C. Spero

**OBJECTORS-APPELLANTS' OBJECTIONS TO DEFENDANT-APPELLEE PNC BANK, N.A.'S STATEMENT REGARDING COSTS ON APPEAL**

Lori L. Voepel
Jennifer B. Anderson
BEUS O'CONNOR MCGRODER PLLC
701 North 44 Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
lvoepel@bomlawgroup.com
janderson@bomlawgroup.com

*Attorneys for Objectors-Appellants*
*Nelly Melian and Michael Treon*

## OBJECTORS-APPELLANTS' OBJECTIONS TO DEFENDANT-APPELLEE PNC BANK, N.A.'S STATEMENT REGARDING COSTS ON APPEAL

Objectors-Appellants Nelly Melian and Michael Treon (collectively "Melian") object to Defendant-Appellee PNC Bank, N.A.'s Statement Regarding Costs on Appeal ("Statement") and request that the Court decline to award PNC any of its requested costs.

First, PNC's Statement was not accompanied by an itemized and verified bill of costs as required by Fed. R. App. P. 39(d) and Circuit Rule 39-1.1. Although the Statement indicated "[a]n itemized and verified bill of costs is attached hereto as **Exhibit A**," no Exhibit A was attached.

Second, PNC seeks an award of $59.40 for the cost of obtaining the transcript from the district court's October 16, 2024, hearing, but this cost is not taxable before this Court. *See* Fed. R. App. P. 39(e)(2) (specifying that transcript costs are "taxable in the *district court*") (emphasis added). Moreover, the transcript was not "needed to determine the appeal" because Melian elected to voluntarily dismiss her appeal before filing the opening brief. *Cf. id.* Finally, Melian was responsible for ordering this transcript as appellant and would have included it in her Excerpts of Record had she gone forward, making it unnecessary for PNC to pay for it.

Third, PNC seeks a "docket fee" of $20.00 but it is unclear what docket fee PNC is referring to. The Court's fee schedule does not reference any "docket fees" paid by appellees. *See* https://www.ca9.uscourts.gov/general/fee-schedule/. Melian paid the Court's docketing fee of $605, not PNC. If PNC refers to a docket fee paid in the district court, this is not a taxable cost on appeal, particularly not against Melian, who was not a party to the district court proceedings.

For these reasons, the Court should decline to award any costs to PNC.

RESPECTFULLY SUBMITTED this 26th day of March 2025.

       */s/ Jennifer B. Anderson*
       Lori L. Voepel
       Jennifer B. Anderson
       BEUS O'CONNOR MCGRODER PLLC
       701 North 44 Street
       Phoenix, Arizona 85008-6504
       Telephone: (480) 429-3000
       lvoepel@bomlawgroup.com
       janderson@bomlawgroup.com

       *Attorneys for Objectors-Appellants*
       *Nelly Melian and Michael B. Treon*

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 26, 2025, I electronically served the foregoing upon counsel of record who have appeared in the instant action. I certify that counsel listed below were served via electronic mail.

Justin Swidler
Swartz Swidler, LLC
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
jswidler@swartz-legal.com

Laura L. Ho
Goldstein Borgen Dardarian & Ho
155 Grand Avenue, Suite 900
Oakland, CA 94612
lho@gbdhlegal.com

Marc Silverman
Frank Weinberg Black, P.L.
7805 SW 6th Court
Plantation, FL 33324
msilverman@fwblaw.net

Robert D. Soloff
Robert D. Soloff, P.A.
7805 WE 6th Court
Plantation, FL 33324
robert@solofflaw.com

*Attorneys for Plaintiff-Appellee Linda Scheid*

Paul W. Sweeney, Jr.
Vanuhi Zohrabians
Cassidy T. Young
K&L Gates LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
paul.sweeney@klgates.com
vannie.zohrabians@klgates.com
cassidy.young@klgates.com

Patrick M. Madden
K&L Gates LLP
925 4th Ave., Suite 2900
Seattle, WA 98104
patrick.madden@klgates.com

*Attorneys for Defendant-Appellee PNC Bank, N.A.*

/s/ Jennifer B. Anderson