No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LINDA SCHEID, individually and on behalf of all those similarly situated,

*Plaintiff/Appellee,*

vs.

PNC BANK, N.A.,

*Defendant/Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:18-CV-04810-JCS
Hon. Joseph C. Spero

**DEFENDANT-APPELLEE PNC BANK, N.A.'S NOTICE OF ERRATA RE: STATEMENT RE: COSTS ON APPEAL**

| | |
|---|---|
| Paul W. Sweeney, Jr.<br>Cassidy T. Young<br><br>K&L GATES LLP<br>10100 Santa Monica Blvd.<br>Eighth Floor<br>Los Angeles, CA 90067<br>(310) 552-5000 | Patrick M. Madden<br><br><br>K&L GATES LLP<br>925 Fourth Ave.<br>Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580 |

*Attorneys for Defendant-Appellee
PNC Bank, N.A.*

Please be advised that on March 21, 2025, Defendant-Appellee PNC Bank, N.A. ("PNC") filed its Statement re: Costs on Appeal (the "Statement"). PNC intended to attach its itemized bill of costs to the Statement as Exhibit A, but Exhibit A was inadvertently excluded from PNC's filing.

By way of this Notice of Errata, PNC seeks to correct the record and this Court's docket. Accordingly, attached to this Notice as **Exhibit 1** is a corrected version of PNC's Statement, with Exhibit A to the Statement attached. The only difference between PNC's Statement located at Docket Entry 24 and Exhibit 1 attached hereto is the inclusion of Exhibit A to the Statement.

                                                   Respectfully Submitted,

Dated: March 26, 2025              By:   */s/ Cassidy T. Young*
                                                       Paul W. Sweeney, Jr.
                                                       paul.sweeney@klgates.com
                                                       Cassidy T. Young
                                                       cassidy.young@klgates.com
                                                       Patrick M. Madden
                                                       patrick.madden@klgates.com

                                                       *Attorneys for Defendant-Appellee*
                                                       *PNC Bank, N.A.*

**CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System ("ACMS") on March 26, 2025.

I certify that all participants in the case are registered users of the Court's ACMS and/or CM/ECF systems and that service will be accomplished by the appellate ACMS and/or CM/ECF system.

*/s/ Cassidy T. Young*
Cassidy T. Young

# EXHIBIT 1

No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

L<small>INDA</small> S<small>CHEID</small>, individually and on behalf of all those similarly situated,

*Plaintiff/Appellee,*

vs.

PNC B<small>ANK</small>, N.A.,

*Defendant/Appellee.*

On Appeal from the United States District Court
for the Northern District of California
No. 3:18-CV-04810-JCS
Hon. Joseph C. Spero

**DEFENDANT-APPELLEE PNC BANK, N.A.'S STATEMENT RE: COSTS ON APPEAL**

| | |
|---|---|
| Paul W. Sweeney, Jr.<br>Cassidy T. Young<br><br>K&L GATES LLP<br>10100 Santa Monica Blvd.<br>Eighth Floor<br>Los Angeles, CA 90067<br>(310) 552-5000 | Patrick M. Madden<br><br><br>K&L GATES LLP<br>925 Fourth Ave.<br>Suite 2900<br>Seattle, WA 98104<br>(206) 623-7580 |

*Attorneys for Defendant-Appellee
PNC Bank, N.A.*

Pursuant to the Court's Order dated March 19, 2025, Rule 39(a)(1) of the Federal Rules of Appellate Procedure, and Circuit Rule 39-1.1, Defendant-Appellee PNC Bank, N.A. ("PNC") hereby submits this Statement re: Costs on Appeal.

PNC does not oppose the dismissal of this appeal; however, it believes that costs should be taxed against the Objector-Appellants Nelly Melian and Michael Treon's ("Objector-Appellants"). PNC has incurred a total of $79.40 in costs that are taxable under Rule 39(e) of the Federal Rules of Appellate Procedure. These include the following costs:

1. The transcript from the hearing held in the district court on October 16, 2024. This was the hearing on Objector-Appellants' objections to the settlement agreement at issue in this appeal, as well as Plaintiff-Appellee Tanzeer Kazi's motion for final approval of the settlement in this case (the "Settlement"). Because the district court's final approval of the Settlement is the subject of this appeal, that transcript was needed to determine the merits and likely outcome of this appeal and is therefore taxable. *See* Fed. R. App. P. 39(e)(2). The cost for a copy of this transcript was $59.40.

2. A docket fee of $20.00. *See* 28 U.S.C. § 1923 (providing that a docket fee of $20.00 may be recovered in civil cases that proceed either to trial or a final hearing).

1

An itemized and verified bill of costs is attached hereto as **Exhibit A**, as required by Circuit Rule 39-1.1.

Respectfully Submitted,

Dated: March 21, 2025	By:	/s/ *Paul W. Sweeney, Jr.*
Paul W. Sweeney, Jr.
paul.sweeney@klgates.com
Cassidy T. Young
cassidy.young@klgates.com
Patrick M. Madden
patrick.madden@klgates.com

*Attorneys for Defendant-Appellee PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the Appellate Case Management System ("ACMS") on March 21, 2025.

I certify that all participants in the case are registered users of the Court's ACMS and/or CM/ECF systems and that service will be accomplished by the appellate ACMS and/or CM/ECF system.

*/s/ Cassidy T. Young*
Cassidy T. Young

3

# EXHIBIT A

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## Form 10. Bill of Costs

*Instructions for this form:* http://www.ca9.uscourts.gov/forms/form10instructions.pdf

**9th Cir. Case Number(s)** 24-6873

**Case Name** Linda Scheid v. Nelly Melian, et al. v. PNC Bank, N.A.

The Clerk is requested to award costs to *(party name(s))*:

Defendant-Appellee PNC Bank, N.A.

I swear under penalty of perjury that the copies for which costs are requested were actually and necessarily produced, and that the requested costs were actually expended.

**Signature** /s/ Cassidy T. Young    **Date** March 21, 2025

*(use "s/[typed name]" to sign electronically-filed documents)*

| COST TAXABLE | REQUESTED (each column must be completed) | | | |
|---|---|---|---|---|
| DOCUMENTS / FEE PAID | No. of Copies | Pages per Copy | Cost per Page | TOTAL COST |
| Excerpts of Record* | 1 | | $ | $ 59.40 |
| Principal Brief(s) *(Opening Brief; Answering Brief; 1st, 2nd, and/or 3rd Brief on Cross-Appeal; Intervenor Brief)* | | | $ | $ |
| Reply Brief / Cross-Appeal Reply Brief | | | $ | $ |
| Supplemental Brief(s) | | | $ | $ |
| Petition for Review Docket Fee / Petition for Writ of Mandamus Docket Fee / Appeal from Bankruptcy Appellate Panel Docket Fee | | | | $ 20.00 |
| | | | **TOTAL:** | $ 79.40 |

***Example:*** Calculate 4 copies of 3 volumes of excerpts of record that total 500 pages [Vol. 1 (10 pgs.) + Vol. 2 (250 pgs.) + Vol. 3 (240 pgs.)] as:
No. of Copies: 4; Pages per Copy: 500; Cost per Page: $.10 (or actual cost IF less than $.10);
TOTAL: 4 x 500 x $.10 = $200.

*Feedback or questions about this form? Email us at forms@ca9.uscourts.gov*

Form 10    Rev. 12/01/2021