No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LINDA SCHEID, individually and on behalf of all those similarly situated,

*Plaintiff-Appellee,*

v.

NELLY MELIAN and MICHAEL TREON,

*Objectors – Appellants,*

v.

PNC BANK, N.A.,

*Defendant-Appellee.*

On Appeal from the United States District Court
for the Northern District of California
Case No. 3:18-cv-04810-JCS: Honorable Joseph C. Spero

**PLAINTIFF-APPELLEE LINDA SCHEID'S NOTICE OF PENDENCY OF OBJECTORS-APPELLANTS UNOPPOSED MOTION FOR VOLUNTARY DISMISSAL OF APPEAL**

| | | |
|---|---|---|
| Justin L. Swidler | Robert D. Soloff | Marc A. Silverman |
| jswidler@swartz-legal.com | robert@solofflaw.com | msilverman@fwblaw.net |
| Swartz Swidler LLC | Robert D. Soloff, P.A. | Frank Weinberg Black, P.L. |
| 9 Tanner St. Ste. 101 | 7805 S.W. 6th Court | 7805 S.W. 6th Court |
| Haddonfield, NJ 08033 | Plantation, FL 33324 | Plantation, FL 33324 |
| Tel: (856) 685-7420 | Tel: (954) 472-0002 | Tel: (954) 474-8000 |
| Fax: (856) 685-7417 | Fax: (954) 472-0052 | Fax: (954) 474-9850 |

*Attorneys for Plaintiff-Appellee Linda Scheid, et al.*

Plaintiff-Appellee Linda Sheid files this Notice of Pendency to alert this Court that until an Order is issued granting Objectors-Appellants unopposed Motion for Voluntary Dismissal of Appeal, the $11.85 million class action settlement approved over five (5) months ago by the district court will be further delayed: the settlement proceeds will not be paid by PNC Bank and, therefore, cannot be disbursed to the 210 class members, current and former mortgage loan officers of PNC Bank.

1. On October 21, 2024, after a final approval hearing, the district court entered an Order granting Plaintiff's Motion for Final Approval of Settlement, rejecting the Objectors objections to the Parties' settlement agreement and approving PNC Bank's settlement payment of $11.85 million (ECF No. 275), and also issued the Final Judgment and Dismissal of Action with Prejudice (ECF No. 276).

2. The settlement approved by the district court resolved over 6 years of litigation providing a total settlement payment by Defendant-Appellee PNC Bank of $11,850,000, including distribution to 210 class members in the average amount of $36,638, with numerous class members to receive over $100,000.00 (including Objectors-Appellants), and one individual payment exceeding $677,000. (ECF No. 270, p. 6).

3. On November 13, 2024, Objectors-Appellants Nelly Melian and Michael Treon, members of the plaintiffs' class, filed an appeal from the district

1

court's Order of final approval of settlement. (Dkt. 1, *See* ECF No. 279, Notice of Appeal).

4. To reduce delay in the distribution of the $11.85 million settlement proceeds to the class, on November 27, 2024, Plaintiff-Appellee filed a motion to expedite briefing and argument (Dkt. 12.1), which PNC did not oppose (Dkt. 13.1). On December 13, 2024, this Court granted the motion to expedite in part, directing the Clerk to "place this case on the next available calendar upon completion of briefing." (Dtk. 15.1).

5. On March 3, 2025, Objectors-Appellants filed a motion for voluntary dismissal stating Plaintiff-Appellee Linda Sheid, "stipulates to the dismissal and agrees to bear her own costs and fees," and Defendant-Appellee PNC Bank, "refuses to stipulate to the dismissal without being awarded its costs." (Dkt. 21.1).

6. Defendant-Appellee PNC Bank failed to timely file a response to Objectors-Appellants motion for voluntary dismissal within ten (10) days, as required by Fed. R. App. P. 27(a)(3)(A).

7. On March 17, 2025, Plaintiff-Appellee Linda Scheid filed a motion to dismiss for failure to prosecute pursuant to Ninth Circuit Rule 42-1 because Objectors-Appellants did not timely file their initial brief which had been due on March 3, 2025 (Dkt. 22.1).

8. On March 19, 2025, the Court issued an Order directing "[n]o later than March 21, 2025, PNC must file a statement either: (1) identifying the categories of costs that it incurred on appeal; or (2) stating that it does not oppose an order granting the motion to voluntarily dismiss this appeal with all parties to bear their own costs." (Dkt.23.1).

9. On March 21, 2025, Defendant-Appellee PNC Bank responded to this Court's Order and filed its Statement Re: Costs on Appeal stating, "PNC does not oppose dismissal of this appeal," but requesting "costs should be taxed against the Objectors-Appellants….[and] PNC has incurred a total of $79.20 in costs that are taxable under" Fed.R.App.P. 39(e) ($59.40 for the transcript of the district court's final approval hearing and $20.00 for a docket fee). (Dkt. 24.1).

10. On March 26, 2025, Objectors-Appellants filed Objections to Defendant-Appellee PNC Bank's Statement Regarding Costs on Appeal requesting the Court not award costs to PNC Bank because PNC failed to attach an itemized and verified bill of costs to its Statement; and disputing PNC's right to costs for a docket sheet and for the district court transcript because "Fed. R. App. P. 37(e)(2) specif[ies] that transcript costs are 'taxable in the *district court')* (emphasis added)." (Dkt. 25.1).

11. In response, also on March 26, 2025, Defendant-Appellee PNC Bank filed a Notice of Errata Re: Statement Re: Costs on Appeal, which included as Exhibit A, a verified Bill of Costs (Dkt. 27.1).

3

12. Accordingly, Objectors-Appellants' motion for voluntary dismissal has been fully briefed. That motion is unopposed. Plaintiff-Appellee Linda Scheid stipulated to dismissal, and Defendant-Appellee PNC Bank does not oppose dismissal of the instant appeal.

13. No party has filed a response or opposed Plaintiff-Appellee Linda Scheid's motion for dismissal of the appeal for Objectors-Appellants' failure to file the initial brief. *See* Dkt. 22.1.

14. Any delay in issuance of the order dismissing this appeal further delays Defendant-Appellee PNC Bank's obligation to fund the $11.85 million settlement, thereby delaying payment by the Settlement Administrator to the 210 class members pursuant to the Parties' settlement approved by the district court on October 21, 2024.

Plaintiff-Appellee Linda Scheid provides notice to the Court of the pendency of Objectors-Appellants Melian and Treon's unopposed motion for dismissal of appeal, and also of Plaintiff-Appellee Linda Scheid's unopposed motion to dismiss appeal for failure to file initial brief.

Dated: April 2, 2025  Respectfully submitted,

By: */s/ Robert D. Soloff*
Robert D. Soloff, Esq.
**ROBERT D. SOLOFF, P.A.**
7805 S.W. 6th Court
Plantation, Florida 33324
Tel: (954) 472-0002
Fax: (954) 472-0052
robert@solofflaw.com

Justin L. Swidler, Esq.
**SWARTZ SWIDLER, LLC**
9 Tanner St., Ste 101
Haddonfield, NJ 08033
Tel: (856) 685-7420
Fax: (856) 685-7417
jswidler@swartz-legal.com

Marc A. Silverman, Esq.
**FRANK, WEINBERG & BLACK, P.L.**
7805 S.W. 6th Court
Plantation, Florida 33324
Tel: (954) 474-8000
Fax: (954) 474-9850
msilverman@fwblaw.net

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on April 2, 2025.

I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

/s/ Robert D. Soloff
Robert D. Soloff, Esquire

5