No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LINDA SCHEID,
*Plaintiff-Appellee*

v.

NELLY MELIAN AND MICHAEL TREON,
*Objectors-Appellants*,

v.

PNC BANK, N.A.,
*Defendant-Appellee.*

Appeal from the United States District Court
for the Northern District of California
Civil Action No. 3:18-cv-04810-JCS
The Honorable Joseph C. Spero

**STIPULATION TO DISMISS APPEAL**

Lori L. Voepel
Jennifer B. Anderson
BEUS O'CONNOR MCGRODER PLLC
701 North 44 Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
lvoepel@bomlawgroup.com
janderson@bomlawgroup.com

*Attorneys for Objectors-Appellants*
*Nelly Melian and Michael Treon*

Pursuant to Federal Rule of Appellate Procedure 42(b)(1), the parties stipulate to dismiss the above-captioned appeal with Objectors-Appellants Nelly Melian and Michael Treon (collectively "Melian") and Plaintiff-Appellee Linda Scheid agreeing to bear their own costs and fees and with Melian and Defendant-Appellant PNC Bank, N.A. ("PNC") agreeing that Melian will pay PNC's costs on appeal of $79.40 but no fees.

On March 3, 2025, Melian filed a Motion to Voluntarily Dismiss Appeal in which she indicated that she and Scheid stipulated to dismissal with the agreement to bear their own costs and fees but PNC would not stipulate without being paid its costs. PNC subsequently filed its Statement Re: Costs on Appeal on March 21, 2025, to which Melian objected on March 26, 2025.

Since then, Melian has agreed to withdraw her objections and has paid PNC its costs of $79.40. Accordingly, the parties now stipulate to dismiss this appeal on the above-referenced terms.

RESPECTFULLY SUBMITTED this 17th day of April, 2025.

/s/ *Jennifer B. Anderson*
Lori L. Voepel
Jennifer B. Anderson
BEUS O'CONNOR MCGRODER PLLC
701 North 44 Street
Phoenix, Arizona 85008-6504
lvoepel@bomlawgroup.com
janderson@bomlawgroup.com

*Attorneys for Objectors-Appellants
Nelly Melian and Michael Treon*

/s/ *Jennifer B. Anderson (with permission)*
Justin Swidler
SWARTZ SWIDLER, LLC
9 Tanner Street, Suite 101
Haddonfield, NJ 08033
jswidler@swartz-legal.com

*Attorneys for Plaintiff-Appellee Linda Scheid*

/s/ *Jennifer B. Anderson (with permission)*
Paul W. Sweeney, Jr.
Vanuhi Zohrabians
Cassidy T. Young
K&L GATES LLP
10100 Santa Monica Blvd., 8th Floor
Los Angeles, CA 90067
paul.sweeney@klgates.com
vannie.zohrabians@klgates.com
cassidy.young@klgates.com

*Attorneys for Defendant-Appellee PNC Bank, N.A.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 17, 2025 I electronically filed the foregoing Stipulation to Dismiss Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit and served it on all registered case participants using the Appellate Electronic Filing System.

              /s/ *Jennifer B. Anderson*