No. 24-6873

IN THE UNITED STATES COURT OF APPEALS
FOR THE NINTH CIRCUIT

LINDA SCHEID,
*Plaintiff-Appellee*

v.

NELLY MELIAN AND MICHAEL TREON,
*Objectors-Appellants*,

v.

PNC BANK, N.A.,
*Defendant-Appellee.*

Appeal from the United States District Court
for the Northern District of California
Civil Action No. 3:18-cv-04810-JCS
The Honorable Joseph C. Spero

**OBJECTORS-APPELLANTS' WITHDRAWAL OF OBJECTIONS TO DEFENDANT-APPELLEE PNC BANK, N.A.'S STATEMENT REGARDING COSTS ON APPEAL**

Lori L. Voepel
Jennifer B. Anderson
BEUS O'CONNOR MCGRODER PLLC
701 North 44 Street
Phoenix, Arizona 85008-6504
Telephone: (480) 429-3000
lvoepel@bomlawgroup.com
janderson@bomlawgroup.com

*Attorneys for Objectors-Appellants
Nelly Melian and Michael Treon*

Objectors-Appellants Nelly Melian and Michael Treon (collectively "Melian") hereby withdraw their objections to Defendant-Appellee PNC Bank, N.A.'s ("PNC") Statement Regarding Costs on Appeal. On April 14, 2025, PNC's counsel confirmed receipt of Melian's payment to PNC of $79.40 to cover its costs.

RESPECTFULLY SUBMITTED this 17th day of April, 2025.

<u>/s/ *Jennifer B. Anderson*</u>
Lori L. Voepel
Jennifer B. Anderson
BEUS O'CONNOR MCGRODER PLLC
701 North 44 Street
Phoenix, Arizona 85008-6504
lvoepel@bomlawgroup.com
janderson@bomlawgroup.com

*Attorneys for Objectors-Appellants*
*Nelly Melian and Michael Treon*

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 17, 2025 I electronically filed the foregoing Objectors-Appellants' Withdrawal of Objections to Defendant-Appellee PNC Bank, N.A.'s Statement Regarding Costs on Appeal with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit and served it on all registered case participants using the Appellate Electronic Filing System.

                                        /s/ *Jennifer B. Anderson*